Trelane Hugh HUNTER,
Plaintiff–Appellant,

v.

MULTNOMAH COUNTY SHERIFF'S OFFICE; Multnomah County Jail; David Thompson; Chris Monahan; Blake Lemons; Cathy Gorton; James Powers, Defendants–Appellees.

No. 08–35615.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 20, 2010.*

Decided Feb. 8, 2010.

Trelane Hugh Hunter, Adelanto, CA, pro se.

Susan M. Dunaway, Stephen L. Madkour, Portland, OR, for Defendant–Appellee.

Before: HUG, SKOPIL and BEEZER, Circuit Judges.

### MEMORANDUM **

Trelane Hugh Hunter appeals pro se from the district court's decision granting the defendants' motion for judgment as a matter of law in his 42 U.S.C. § 1983 suit.

We review for an abuse of discretion. *See Milicevic v. Fletcher Jones Imports, Ltd.*, 402 F.3d 912, 915 (9th Cir.2005) (ex-

clusion of witnesses); *United States v. Etimani*, 328 F.3d 493, 501 (9th Cir.2003) (subpoenaing witnesses); *Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir.1998) (appointment of counsel); *United States v. George*, 85 F.3d 1433, 1437 (9th Cir.1996) (ordering a psychological evaluation). We have jurisdiction under 28 U.S.C. § 1291. We affirm.

The facts of this case are known to the parties. We do not repeat them.

The district court did not abuse its discretion in refusing to exclude party-witnesses from the proceedings, see Federal Rule of Evidence 615, failing to request a subpoena sua sponte on Hunter's behalf, see Federal Rule of Civil Procedure 45, requiring Hunter to proceed pro se when volunteer counsel could not be secured, see *Mallard v. U.S. Dist. Court for the S. Dist. of Iowa*, 490 U.S. 296, 305–06, 109 S.Ct. 1814, 104 L.Ed.2d 318 (1989), or failing to order a psychological evaluation of Hunter, see *Krain v. Smallwood*, 880 F.2d 1119, 1121 (9th Cir.1989) (noting such an inquiry is necessary only "when a substantial question exists regarding the mental competency of a party proceeding pro se").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and except as provided by Ninth Circuit Rule 36–3.